1
2      **JS-6**
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   RICHARD WAMEL,                    )   CASE NO.  2:11-cv-00269-PA -OP
                                       )
12                    Plaintiff,       )
                                       )
13         vs.                         )   **ORDER GRANTING STIPULATION**
                                       )   **RE DISMISSAL OF ENTIRE**
14                                     )   **ACTION AND ALL PARTIES,**
     CAC FINANCIAL CORP.               )   **WITH PREJUDICE PURSUANT TO**
15                                     )   **FRCP 41(a)(1)**
                     Defendant.        )
16                                     )
                                       )
17                                     )
                                       )
18   _____ )

19         The Court has reviewed the Stipulation of Plaintiff RICHARD

20   WAMEL ("Plaintiff") and Defendant CAC FINANCIAL CORP. ("Defendant"), by

21   and through their respective counsels of record, Todd M. Friedman and Darin Shaw

22   of Law Offices of Todd M. Friedman, P.C. and David J. Kaminski and Stephen A.

23   Watkins of Carlson & Messer LLP,  to dismiss the above-entitled action, with

24   prejudice, in its entirety.  Pursuant to the Stipulation between the parties, the Court

25

26   orders as follows:

27   / / /

28

                                        **1**

1    1.    That the above-entitled lawsuit is hereby dismissed, with prejudice,

2  pursuant to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

3

4

5  **IT IS SO ORDERED:**

6

7  DATED: August 23, 2011          _____

8                                  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045

**2**

06722.00/177050                [proposed] order granting stip re dismissal